IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

SOUTH SHORE SAVINGS BANK, SUCCESSOR BY MERGER TO SOUTH WEYMOUTH SAVINGS BANK,

Plaintiff,

v.

JOEL K. LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MARY ELLEN LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MASSACHUSETTS DEPARTMENT OF REVENUE; J. GLABB, LLC AS ASSIGNEE OF KING DAVID TRUST; CIRELLI FOODS, INC.; INTERNAL REVENUE SERVICE; JONATHAN BASHEIN AS ASSIGNEE OF NIXON PEABODY, LLP; ROBERT J. GRIFFIN, ESQ.; THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; THE COMMONWEALTH OF MASSACHUSETTS BY ITS DEPARTMENT OF PUBLIC HEALTH; HEALTHCARE CAPITAL RESOURCES, INC., AND HCFP FUNDING, INC., SUCCESSOR IN INTEREST TO HEALTH PARTNERS FUNDING, L.P.,

Defendants.

Civil No. 05-11754 RGS

RECEIPT # -
AMOUNT $ -
SUMMONS ISSUED N/A
LOCAL RULE 4.1 -
WAIVER FORM -
MCF ISSUED -
BY DPTY. CLK. M.P.
DATE 8/24/05

MAGISTRATE JUDGE JLA

NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, improperly named and sued as "Internal Revenue Service," by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully states as follows:

1. The United States of America has been named as a defendant to the civil action that is now pending in the Superior Court Department, Norfolk County, for the Commonwealth of Massachusetts, entitled South Shore Savings Bank v. Joel K. Logan, et al., Case No. NOCV2005-00868-D.

2. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § § 1441, 1442 and/or 1444.

3. No prior removal of this action has been attempted.

4. The removal of this action is timely under the provisions of 28 U.S.C. §1446(b) as the United States has thirty days from the date of service to remove to federal court.

5. Copies of all pleadings received by the defendant United States in this proceeding are attached hereto.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on August 24, 2005

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

BAKER, BRAVERMAN & BARBADORO, P.C.

ATTORNEYS AND COUNSELLORS AT LAW

50 BRAINTREE HILL PARK
SUITE 108
BRAINTREE, MASSACHUSETTS 02184-8724

WARREN F. BAKER
JONATHAN BRAVERMAN
PAUL N. BARBADORO
GENE J. GUIMOND

MICHAEL P. MURPHY
SUSAN M. MOLINARI
CHRISTOPHER J. SULLIVAN
LISA BOND

OF COUNSEL
WILLIAM B. GOLDEN
WILLIAM P. SWEENEY, II
DOROTHY O'FLAHERTY NEDELMAN

TELEPHONE
(781) 848-9610

TELECOPIER
(781) 848-9790

INTERNET ADDRESS
BBBS-LAW.COM

July 28, 2005

RECEIVED
U.S. ATTORNEY
05 JUL 29 PM 2:14

***CERTIFIED MAIL/Return Receipt Requested***

United States Attorney's Office
District of Massachusetts
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, MA 02210

RE: South Shore Savings Bank v. Joel K. Logan, et al
Civil Action No. NOCV2005-00868-D

Dear Sir/Madam:

Please be advised that the Internal Revenue Service is a named Defendant in the above-captioned interpleader action. Therefore, pursuant to Federal Rules of Civil Procedure Rule 4(i), enclosed please find a copy of the Complaint, Summons, Civil Action Cover Sheet, and Tracking Order regarding the above-captioned matter.

Thank you for your time and attention to this matter.

Very truly yours,

Jonathan Braverman (LB)

JONATHAN BRAVERMAN

JB/jq
enclosures

| **CIVIL ACTION COVER SHEET** | DOCKET NO.(S) | **Trial Court of Massachusetts Superior Court Department** **County:** Norfolk |
|---|---|---|

| PLAINTIFF(S) SOUTH SHORE SAVINGS BANK, SUCCESSOR-BY-MERGER TO SOUTH WEYMOUTH SAVINGS BANK | DEFENDANT(S) JOEL K. LOGAN, ET AL. |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Jonathan Braverman, Baker, Braverman & Barbadoro, P.C., 50 Braintree Hill Park, Braintree, MA 02184<br>Board of Bar Overseers number: 054740 | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:

- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| D99 | Interpleader | ( F ) | ( ) Yes ( X ) No |

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.**

**TORT CLAIMS**

(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses . . . . . . . . . . $. . . . . . . . . . .
2. Total Doctor expenses . . . . . . . . . . $. . . . . . . . . . .
3. Total chiropractic expenses . . . . . . . . . . $. . . . . . . . . . .
4. Total physical therapy expenses . . . . . . . . . . $. . . . . . . . . . .
5. Total other expenses (describe) . . . . . . . . . . $. . . . . . . . . . .

**Subtotal $**. . . . . . . . . . .

B. Documented lost wages and compensation to date . . . . . . . . . . $. . . . . . . . . . .
C. Documented property damages to date . . . . . . . . . . $. . . . . . . . . . .
D. Reasonably anticipated future medical and hospital expenses . . . . . . . . . . $. . . . . . . . . . .
E. Reasonably anticipated lost wages . . . . . . . . . . $. . . . . . . . . . .
F. Other documented items of damages (describe)

$. . . . . . . . . . .

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

$. . . . . . . . . . .

**TOTAL $**. . . . . . . . . . .

**CONTRACT CLAIMS**

(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

**TOTAL $.** . . . . . . . . . . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record [signature] DATE: 5/13/05

**Commonwealth of Massachusetts**
**County of Norfolk**
**The Superior Court**

CIVIL DOCKET# **NOCV2005-00868-D**

RE: **Successor by merger to South Weymouth Savings Bank v Logan individually et al**

TO:Jonathan Braverman, Esquire
Baker Braverman & Barbadoro
50 Braintree Hill Park Suite 108
Braintree, MA 02184-8724

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 08/14/2005 |
| Response to the complaint filed (also see MRCP 12) | 10/13/2005 |
| All motions under MRCP 12, 19, and 20 filed | 10/13/2005 |
| All motions under MRCP 15 filed | 10/13/2005 |
| All discovery requests and depositions completed | 03/12/2006 |
| All motions under MRCP 56 served and heard | 04/11/2006 |
| Final pre-trial conference held and firm trial date set | 05/11/2006 |
| Case disposed | 07/10/2006 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session D sitting in **CtRm 8 at Norfolk Superior Court.**

Dated: 05/16/2005

Walter F. Timilty
Clerk of the Courts
BY:
Assistant Clerk

Location: CtRm 8
Telephone:

COMMONWEALTH OF MASSACHUSETTS

NORFOLK,SS.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.

SOUTH SHORE SAVINGS BANK, SUCCESSOR-BY-MERGER TO SOUTH WEYMOUTH SAVINGS BANK,

Plaintiff

v.

JOEL K. LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MARY ELLEN LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MASSACHUSETTS DEPARTMENT OF REVENUE; J. GLABB, LLC AS ASSIGNEE OF KING DAVID TRUST; CIRELLI FOODS, INC.; INTERNAL REVENUE SERVICE; JONATHAN BASHEIN AS ASSIGNEE OF NIXON PEABODY, LLP; ROBERT J. GRIFFIN, ESQ.; THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; THE COMMONWEALTH OF MASSACHUSETTS BY ITS DEPARTMENT OF PUBLIC HEALTH; HEALTHCARE CAPITAL RESOURCES, INC., AND HCFP FUNDING, INC., SUCCESSOR-IN-INTEREST TO HEALTH PARTNERS FUNDING, L.P.,

Defendants.

**MORTGAGEE'S COMPLAINT FOR INTERPLEADER**

Parties

1. Plaintiff, South Shore Savings Bank, successor-by-merger to South Weymouth Savings Bank, is a Massachusetts corporation with a usual place of business at 1530 Main Street, South Weymouth, Massachusetts.

2.    Defendant, Joel K. Logan is an individual with a residential address of
1035 Main Street, Norwell, Massachusetts.

3.    Defendant, Joel K. Logan is Trustee of the Crestview Management Trust under
declaration of trust dated February 28, 1985 and recorded at the Norfolk County
Registry of Deeds in Book 6610 at Page 363.

4.    Defendant, Mary Ellen Logan is an individual with a residential address of 1035
Main Street, Norwell, Massachusetts.

5.    Defendant, Mary Ellen Logan is Trustee of Crestview Management Trust under
declaration of trust dated February 28, 1985 and recorded at the Norfolk County
Registry of Deeds in Book 6610 at Page 363.

6.    Defendant, Massachusetts Department of Revenue is an agency of the
Commonwealth of Massachusetts with a usual place of business in Boston,
Massachusetts.

7.    Defendant, J. Glabb, LLC is the Assignee of King David Trust with a usual place
of business in Holbrook, Massachusetts.

8.    Defendant, Cirelli Foods is a Massachusetts corporation with a usual place of
business in Middleboro, Massachusetts.

9.    Defendant, the Internal Revenue Service is a governmental agency with a usual
place of business in Andover, Massachusetts.

10.    Defendant, Jonathan Bashein is the assignee of a mortgage held by Nixon
Peabody, LLP with a usual place of business in Boston, Massachusetts.

11.    Defendant, Robert J. Griffin, Esq. is a receiver with a principal place of business
in Boston, Massachusetts.

12. Defendant, Thomas F. Reilly is the Attorney General for the Commonwealth of Massachusetts with a principal place of business in Boston, Massachusetts.

13. Defendant, the Commonwealth of Massachusetts by its Department of Public Health is a government agency with a usual place of business in Boston, Massachusetts.

14. Defendant, HealthCare Capital Resources, Inc. is a Massachusetts Corporation with a usual place of business in Weston, Massachusetts.

15. Defendant, HCFP Funding, Inc., successor-in-interest to Health Partners Funding, L.P. is a Delaware corporation with a usual place of business in Michigan.

Facts

16. Plaintiff was the holder of a mortgage encumbering the property located at 86 Greenleaf Street, Quincy, Massachusetts by virtue of and execution of same by Joel K. Logan, Individually and as Trustee of Crestview Management Trust and Mary Ellen Logan, Individually and as Trustee of Crestview Management Trust to South Shore Savings Bank, successor-by-merger to South Weymouth Savings Bank. Said mortgage is dated November 3, 1992 and recorded with the Norfolk County Registry of Deeds in Book 9592 at Page 403, as amended by modification agreement and amendment to mortgage recorded at said Registry in Book 12606 Page 499. (A true and accurate copy of said mortgage is attached hereto and incorporated herein as Exhibit "1".)

17. On or about March 10, 2005, Plaintiff foreclosed on said mortgage on the aforementioned real estate by exercising the Power of sale contained therein. The proceeds from the foreclosure sale totaled $995,000.00.

18. After crediting itself with all proper charges, expenses of foreclosure and payments of the balance due of the Mortgagors, Plaintiff now holds in its possession surplus in the amount of $548,254.00 and has no personal interest in said funds.

19. By reason of conflicting claims and interests of the Defendants named herein, Plaintiff is in doubt as to which of said Defendants are entitled to said foreclosure surplus proceeds and in what amounts.

Wherefore, Plaintiff, South Shore Savings Bank, successor-by-merger to South Weymouth Savings Bank respectfully requests that this Honorable Court enter relief as follows:

(1) that the Plaintiff be authorized and directed to pay into the Court the sum of $548,254.00 less its reasonable attorneys' fees, expenses and costs incurred in bringing this Interpleader Complaint;

(2) that the Defendants each be temporarily and permanently restrained and enjoined from instituting or prosecuting further action or proceeding against Plaintiff in any court regarding said foreclosure surplus;

(3) that the Defendants be ordered to interplead and litigate among themselves their rights or claims to said foreclosure surplus deposited into the Court;

(4) that a Judgment be entered discharging Plaintiff from all liability to anyone in the count of said foreclosure surplus proceeds as deposited into the Court;

(5) that the Plaintiff be awarded its costs and reasonable attorneys' fees in bringing this Interpleader action and deduct same from the foreclosure proceeds; and

(6) that this Court grant such further relief as it deems just and appropriate.

Respectfully submitted,
South Shore Savings Bank,
Successor-by-merger to South Weymouth Savings Bank.
Plaintiff,
By its attorneys,

JONATHAN BRAVERMAN, ESQ.
BBO # 054740
LISA BOND, ESQ.
BBO # 654266
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree, MA 02184
(781) 848-9610

Date: 5/13/05

# EXHIBIT "1"

9592

132636 403

MORTGAGE AND SECURITY AGREEMENT

KNOW ALL MEN that JOEL K. LOGAN, Trustee of Crestview Management Trust u/d/t dated February 28, 1985 and recorded with Norfolk Deeds Book 6610, Page 363 and JOEL K. LOGAN and MARY ELLEN LOGAN of Norwell, Plymouth County, Massachusetts hereby grants unto South Weymouth Savings Bank (the "Mortgagee"), a Massachusetts banking corporation having its principal place of business at 88 Pleasant Street, S. Weymouth, Norfolk County, Massachusetts, with Mortgage Covenants to secure payment of SIX HUNDRED AND FIVE THOUSAND ($605,000.00) DOLLARS, with interest and any other charges thereon, payable as provided in a certain note of even date, together with all amendments, extensions and renewals now or hereafter made thereto (the "note"), and also to secure the performance of all covenants and agreements herein contained, the land at 86 Greenleaf Street, Quincy, Norfolk County, Massachusetts and 1035 Main Street, Norwell, Plymouth County, Massachusetts together with any improvements now or hereafter situated thereon, all as described in Exhibit "A" annexed hereto prior to the execution hereof and incorporated herein by reference as if fully set out herein.

Also all of the articles, fixtures and equipment owned by the Mortgagor and now or hereafter situate on above-described premises or used therewith, or which now or hereafter are made a part of the realty, together with all rents, issues, profits, insurance contracts and proceeds and taking awards or rights with respect thereto existing or hereafter arising.

The above-described realty, articles, fixtures, equipment, rents, issues, profits, insurance contracts and proceeds and taking awards and rights, together with any and all improvements now on such realty, or from time to time thereon, and any additions thereto or replacements thereof, construction materials owned by the Mortgagor whether or not incorporated into the premises, permits, plans, and construction contract rights are herein collectively referred to as the "Property".

The Mortgagor covenants and agrees that, as of the execution hereof and upon the subsequent acquisition of any Property which is subject to the Uniform Commercial Code ("Personal Property"), the Mortgagor shall:

(a) provide the holder with a precise inventory of the same, as and when acquired;

(b) execute and deliver to the holder, in form appropriate for recording and filing first security agreement and financing statements on all Personal Property;

RECEIVED NORFOLK COUNTY 92 NOV -4 AM 10:32

AGMT 12606/499

9592

414

EXECUTED as a sealed instrument this 3rd of November, 1992.

Joel K. Logan, Trustee of
Crestview Management Trust

Joel K. Logan

Mary Ellen Logan

COMMONWEALTH OF MASSACHUSETTS

Norfolk County, ss: November 3 1992

Then personally appeared Joel K. Logan, Trustee, as aforesaid and individually and Mary Ellen Logan and acknowledged the foregoing instrument to be his free act and deed before me,

Notary Public

WILLIAM J. McNULTY, JR.
Notary Public
My Commission Expires May 2, 1997

EXHIBIT "A"

Parcel One

A certain parcel of land with the buildings thereon situated in Quincy, Norfolk County, Massachusetts bounded and described as follows:

| | |
|---|---|
| SOUTHERLY | on Greenleaf Street, 130 feet; |
| EASTERLY | on land now or formerly of Southworth, 145 feet; |
| NORTHERLY | on land now or formerly of Henry T. Gallagher et ux, 60 feet; |
| WESTERLY | on land now or formerly of said Gallagher 5 feet; and again |
| NORTHERLY | on land now or formerly of said Gallagher 70 feet; and again |
| WESTERLY | on Putnam Street, 140 feet. |

Containing 18,500 square feet of land by any or all of said measurements or contents more or less.

For title see Norfolk Deeds in Book 6610, Page 371.

Address of property: 86 Greenleaf Street, Quincy, MA.

Parcel Two

A certain parcel of land in Norwell, Plymouth County, Massachusetts together with the improvements thereon known and numbered as Lot 3 on a Plan entitled "Plan of Land, Main Street, Norwell, Massachusetts, Prepared for Lanata Family Trust" dated February 1, 1985, by Perkins Engineering, Inc., which plan is recorded with Plymouth County Registry of Deeds in Plan Book 25, Page 656, which lot is located on the northern side of Main Street in Norwell and which lot is more particularly bounded and described as follows:

Beginning at a point on the northern side of Main Street which point is the southwest corner of the premises herein described:

Thence running by Lot 2 North 24 31' 05" West 51.14 feet;
Thence turning and running again by Lot 2 North 16 05' 17" East 387.41 feet;
Thence turning and running again by Lot 2 North 54 14' 37" East 106.97 feet;
Thence turning and running again by Lot 2 North 16 30' 00" West 115.79 feet;
Thence turning and running again by Lot 2 North 35 33' 00" East 287.91 feet;

BK 12606 PG 499

10

88956

**MODIFICATION AGREEMENT**
**AND**
**AMENDMENT TO MORTGAGE**

98 JUN 25 PM 12:12
NORFOLK COUNTY

THIS MODIFICATION AGREEMENT AND AMENDMENT TO MORTGAGE is entered into as of June 24, 1998, by and between **JOEL K. LOGAN, TRUSTEE CRESTVIEW MANAGEMENT TRUST**, under Declaration of Trust dated February 28, 1985 and recorded at the Norfolk Registry of Deeds in Book 6610, Page 363 (hereinafter referred to as "Crestview Management Trust"), and **SOUTH SHORE SAVINGS BANK**, successor by merger to South Weymouth Savings Bank (hereinafter called "Lender") a Massachusetts banking corporation having a usual place of business at 1530 Main Street, Weymouth, Massachusetts.

WHEREAS, Crestview Management Trust is the owner of the property known as 86 Greenleaf Street, Quincy, Massachusetts and as more fully described in the Deed recorded with the Norfolk Registry of Deeds at Book 6610, Page 371; and

WHEREAS, Lender is the holder of a mortgage of said premises dated November 3, 1992, as security for the payment of a note in the original principal amount of $605,000.00 and recorded with Norfolk Registry Deeds in Book 9592, Page 403; and

WHEREAS, the parties desire to modify the term of said Note and amend said Mortgage:

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby amend said Note and Mortgage as follows:

1. The term of the Mortgage shall be extended to be due and payable on or before June 24, 2008.

2. In addition to the mortgage and other security held by Lender, the note is secured by an Assignment of Leases dated June 24, 1998 and recorded at the Norfolk Registry of Deeds herewith.

3. Borrower hereby ratifies and confirms the provisions of said Mortgage and Assignment of Leases, and other documents executed and delivered incidental thereto, other than as modified herein and/or by the terms of a separate modification of note of even date herewith.

4. The parties hereto represent and agree that this modification does not change the description of the real estate as set forth in said mortgage.

Property Address: 86 Greenleaf Street, Quincy, MA

Mail to:
South Shore Savings Bank
11 Front Street
Weymouth, MA 02188

78

BK 12606 PG 500

EXECUTED under seal this 24th day of June, 1998.

Joel K. Logan, Trustee

SOUTH SHORE SAVINGS BANK

By
Peter T. Pastore, Jr.
Vice President and
Commercial Loan Officer

COMMONWEALTH OF MASSACHUSETTS

Norfolk, ss. June 24, 1998

Then personally appeared the above-named Joel K. Logan, Trustee as aforesaid and acknowledged the foregoing instrument to be his free act and deed, before me,

Notary Public
My commission expires:

OFFICIAL SEAL
WILLIAM J. McNULTY, JR.
NOTARY PUBLIC - MASSACHUSETTS
My Comm. Expires April 30, 2004

COMMONWEALTH OF MASSACHUSETTS

Norfolk, ss. June 24, 1998

Then personally appeared the above-named Peter T. Pastore, Jr., Vice President and Commercial Loan Officer and acknowledged the foregoing instrument to be the free act and deed of the South Shore Savings Bank, before me,

Notary Public
My commission expires:

79

THE COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss

SUPERIOR COURT
CIVIL ACTION NO. NOCV2005-00868-D

SOUTH SHORE SAVINGS BANK,
SUCCESSOR-BY-MERGER TO
SOUTH WEYMOUTH SAVINGS BANK,
Plaintiff

v.

JOEL K. LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MARY ELLEN LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MASSACHUSETTS DEPARTMENT OF REVENUE; J. GLABB, LLC AS ASSIGNEE OF KING DAVID TRUST; CIRELLI FOODS, INC.; INTERNAL REVENUE SERVICE; JONATHAN BASHEIN AS ASSIGNEE OF NIXON PEABODY, LLP; ROBERT J. GRIFFIN, ESQ.; THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; THE COMMONWEALTH OF MASSACHUSETTS BY ITS DEPARTMENT OF PUBLIC HEALTH; HEALTHCARE CAPITAL RESOURCES, INC., & HCFP FUNDING, INC., SUCCESSOR-IN-INTEREST TO HEALTH PARTNERS FUNDING, L.P.,
Defendants

DISCLAIMER OF INTEREST

The defendant, the Commonwealth of Massachusetts Commissioner of Revenue, disclaims any interest in the above-captioned action but maintains the Commonwealth's right to pursue any actions it might have against the defendants.

Respectfully submitted,

ALAN LEBOVIDGE
COMMISSIONER OF REVENUE
By his attorney,

Eileen Ryan McAuliffe

Eileen Ryan McAuliffe
BBO No. 435260
Counsel for the Commissioner
Department of Revenue
Litigation Bureau
100 Cambridge Street, 7th Floor
Boston, Massachusetts 02110

Dated: August 16, 2005.

CERTIFICATE OF SERVICE

I, Eileen Ryan McAuliffe, certify that I have served a copy of the within Notice of Disclaimer by first-class mail, postage prepaid, upon:

Attorney Jonathan Braverman
Attorney Lisa Bond
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree, Massachusetts 02184

Attorney Jason A. Manekas
Bernkopf & Goodman, LLP
125 Summer Street
Boston, Massachusetts 02110-1621

Attorney Sanjit S. Korde
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, Massachusetts 01824

Joel K. Logan
1035 Main Street
Norwell, Massachusetts 02061-2307

Cirelli Foods
30 Commerce Boulevard
Middleboro, Massachusetts 02346

David Hadas, Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108

Attorney Anthony J. Cichello
Krokidas & Bluestein, LLP
600 Atlantic Avenue
Boston, Massachusetts 02110

Mary Ellen Logan
1035 Main Street
Norwell, Massachusetts 02061-2307

Attorney David B. Currie
Whittier Health Network
25 Railroad Square
Haverhill, Massachusetts 01832

Barbara Healy Smith
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02110

Eileen Ryan McAuliffe

**Eileen Ryan McAuliffe**

**Dated:** August 16, 2005.

197560/ERM

MASXP-20050621
fostervi

08/16/2005
11:42 AM

# Commonwealth of Massachusetts
## NORFOLK SUPERIOR COURT
### Case Summary
### Civil Docket

## NOCV2005-00868
## South Shore Savings Bank v Logan individually et al

| | | | |
|---|---|---|---|
| **File Date** | 05/16/2005 | **Status** | Needs review for service (acneserv) |
| **Status Date** | 05/16/2005 | **Session** | D - Non Jury-CtRm 8 |
| **Origin** | 1 | **Case Type** | D99 - Misc equitable remedy |
| **Lead Case** | | **Track** | F |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 08/14/2005 | **Answer** | 10/13/2005 | **Rule12/19/20** | 10/13/2005 |
| **Rule 15** | 10/13/2005 | **Discovery** | 03/12/2006 | **Rule 56** | 04/11/2006 |
| **Final PTC** | 05/11/2006 | **Disposition** | 07/10/2006 | **Jury Trial** | No |

### PARTIES

**Plaintiff**
South Shore Savings Bank
Successor by Merger to South Weymouth Savings Bank
Active 05/16/2005

**Private Counsel 054740**
Jonathan Braverman
Baker Braverman & Barbadoro
50 Braintree Hill Park Suite 108
Braintree, MA 02184-8724
Phone: 781-848-9610
Fax: 781-848-9790
Active 05/16/2005 Notify

**Defendant**
Joel K Logan individually
Served: 05/19/2005
Answered: 06/09/2005
Answered 06/09/2005

**Defendant**
Joel K Logan Trustee
Served: 05/19/2005
Answered: 06/09/2005
Answered 06/09/2005

**Defendant**
Mary Ellen Logan individually
Served: 05/19/2005
Answered: 06/09/2005
Answered 06/09/2005

MASXP-20050621
fostervi

**Commonwealth of Massachusetts**
**NORFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

08/16/2005
11:42 AM

**NOCV2005-00868**
**South Shore Savings Bank v Logan individually et al**

**Defendant**
Mary Ellen Logan trustee
Served: 05/19/2005
Answered: 06/09/2005
Answered 06/09/2005

**Trustee Defendant**
Crestview Management Trust
Active 05/16/2005

**Defendant**
Massachusetts Department of Revenue
Served: 05/31/2005
Answered: 06/07/2005
Answered 06/07/2005

**Private Counsel 435260**
Eileen Ryan McAuliffe
Mass Revenue Dept
Litigation Bureau 7th Fl
P.O. Box 9565
Boston, MA 02114-9565
Phone: 617-626-3217
Fax: 617-626-3245
Active 06/01/2005 Notify

*** See Attorney Information Above ***

**Defendant**
J Glabb LLC as Assignee of King David Trust
Served: 06/14/2005
Answered: 07/01/2005
Answered 07/01/2005

**Private Counsel 632073**
Jason A Manekas
Bernkopf Goodman & Baseman
125 Summer Street
13th floor
Boston, MA 02110
Phone: 617-790-3000
Fax: 617-790-3300
Active 07/05/2005 Notify

**Defendant**
Cirelli Foods Inc
Served: 05/24/2005
Served (answr pending) 05/24/2005

MASXP-20050621
fostervl

Commonwealth of Massachusetts
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket

08/16/2005
11:42 AM

**NOCV2005-00868**
**South Shore Savings Bank v Logan individually et al**

**Defendant**
Internal Revenue Service
Served: 07/29/2005
Served (answr pending) 07/29/2005

**Defendant**
Jonathan Bashein assignee of Nixon Peabody LLP
Served: 05/20/2005
Answered: 06/03/2005
Answered 06/03/2005

**Private Counsel 636295**
Sanjit S Korde
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA 01824
Phone: 978-256-1500
Fax: 978-256-7615
Active 06/03/2005 Notify

*** See Attorney Information Above ***

**Defendant**
Robert J Griffin
Served: 05/31/2005
Answered: 06/15/2005
Answered 06/15/2005

**Private Counsel 562826**
Anthony J Cichello
Krokidas & Bluestein
600 Atlantic Avenue
Boston, MA 02210
Phone: 617-482-7211
Fax: 617-482-7212
Active 06/16/2005 Notify

**Defendant**
Thomas F Reilly Attorney General Commonwealth of Massachusetts
Served: 05/27/2005
Answered: 07/11/2005
Answered 07/11/2005

**Private Counsel 641294**
David Hadas AAG
Government Bureau
One Ashburton Place Rm 2019
Boston, MA 02108
Phone: 617-727-2200
Fax:
Active 07/11/2005 Notify

**Defendant**
Commonwealth of Massachusetts by its Dept of Public Health
Served: 05/25/2005
Answered: 07/11/2005
Answered 07/11/2005

*** See Attorney Information Above ***

MASXP-20050621
fostervi

**Commonwealth of Massachusetts**
**NORFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

08/16/2005
11:42 AM

## NOCV2005-00868
## South Shore Savings Bank v Logan individually et al

**Defendant**
Healthcare Capital Resources Inc
Served: 05/23/2005
Served (answr pending) 05/23/2005

**ENTRIES**

| Date | Paper | Text |
|---|---|---|
| 05/16/2005 | 1.0 | Complaint filed $345.00 entry fee paid |
| 05/16/2005 | | Origin 1, Type D99, Track F. |
| 05/16/2005 | 2.0 | Civil action cover sheet filed |
| 05/16/2005 | | fast track notice sent to plffs attorney |
| 05/25/2005 | 3.0 | SERVICE RETURNED: accepted by Sanjit Korde, Esq. on behalf of Jonathan Bashein assignee of Nixon Peabody LLP(Defendant) 5/20/05 |
| 06/02/2005 | | ONE TRIAL review by Clerk, Case is to remain in the Superior Court |
| 06/03/2005 | 4.0 | ANSWER of Jonathan Bashein assignee of Nixon Peabody LLP(Defendant) -Tracking notice sent to defendant's attorney |
| 06/07/2005 | 5.0 | ANSWER: of the Massachusetts Commissioner of Revenue Massachusetts Department of Revenue(Defendant) -Tracking notice sent to defendant's attorney |
| 06/09/2005 | 6.0 | SERVICE RETURNED: Healthcare Capital Resources Inc(Defendant), s/o 5/23/05, cert. mail, return receipt attached (Rec'd. 6/8/05) |
| 06/09/2005 | 7.0 | SERVICE RETURNED: Thomass P. Reilly, Attorney General, Commonwealth of Massachusetts Defendant)in hand, A. Webber, agent, s/o 5/27/05 (Rec'd. 6/8/05) |
| 06/09/2005 | 8.0 | SERVICE RETURNED: Robert J Griffin(Defendant) in hand, M. Aronis, agent, s/o 5/31/05 (Rec'd. 6/8/05) |
| 06/09/2005 | 9.0 | SERVICE RETURNED: Cirelli Foods Inc(Defendant) in hand, Maria Thompson, agent, s/o 5/20/05 (Rec'd. 6/8/05) |
| 06/09/2005 | 10.0 | SERVICE RETURNED: Commonwealth of Massachusetts by its Dept of Public Health, service made on May 25, 2005 (in hand) C. Christopher, agent (Rec'd. 6/8/05) |
| 06/09/2005 | 11.0 | SERVICE RETURNED: Joel K Logan individually(Defendant) L&U, s/o 5/19/05 (Rec'd. 6/18/05) |
| 06/09/2005 | 12.0 | SERVICE RETURNED: Joel K Logan Trustee(Defendant)L&U, s/o 5/19/05 (Rec'd. 6/8/05) |
| 06/09/2005 | 13.0 | SERVICE RETURNED: Mary Ellen Logan individually(Defendant) L&U, 5/19/05 (Rec'd. 6/8/05) |
| 06/09/2005 | 14.0 | SERVICE RETURNED: Mary Ellen Logan trustee(Defendant) L&U, s/o 5/9/05 (Rec'd, 6/8/05) |
| 06/09/2005 | | Pleading, Return of Service, MA Dept. of Revenue/Collections, returned to Jonathan Braverman, Esq.: Please have Deputy Sheriff indicate name of person accepting service |
| 06/09/2005 | 15.0 | ANSWER of Joel K Logan individually(Defendant) and Mary Ellen Logan, Individually |

MASXP-20050621
fostervi

**Commonwealth of Massachusetts**
**NORFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

08/16/2005
11:42 AM

## NOCV2005-00868
## South Shore Savings Bank v Logan individually et al

| Date | Paper | Text |
|---|---|---|
| 06/09/2005 | 16.0 | ANSWER of Joel K Logan Trustee(Defendant) and Mary Ellen Logan, Trustee |
| 06/16/2005 | 17.0 | ANSWER: Robert J Griffin(Defendant) to Mortgagee's Complaint for Interpleader (Rec'd. 6/15/05) Fast Track Notice sent to Anthony J. Cichello, Esq. |
| 06/20/2005 | 18.0 | SERVICE RETURNED (summons): Massachusetts Department of Revenue, service made on May 31, 2005 (in hand)-served on May 31,2005 |
| 06/21/2005 | 19.0 | SERVICE RETURNED (summons): in hand to C/O David B Curie, Esq. Healthcare Capital Rosources, In. 6/10/05 |
| 06/28/2005 | 20.0 | ANSWER: of Greenleaf VI as sucessor in interest to Healthcare Capital Resources Inc and HCR Pool II Funding Corporation |
| 06/30/2005 | 21.0 | SERVICE RETURNED: accepted by Todd D Goldberg, Esq., attorney for J Glabb LLC as Assignee of King David Trust(Defendant) 6/14/05 - acceptance of service attached |
| 07/01/2005 | 22.0 | ANSWER of J Glabb LLC to mortgagee's complaint for interpleader - Fast track notice sent to defendant's attorney |
| 07/11/2005 | 23 0 | ANSWER: Thomas F Reilly Attorney General Commonwealth of Massachusetts(Defendant) |
| 07/11/2005 | | ANSWER: Commonwealth of Massachusetts by its Dept of Public Health(Defendant) |
| 08/05/2005 | 24.0 | SERVICE RETURNED: Internal Revenue Service(Defendant), in hand to E. Lynch, agent on 7/29/05 |

**EVENTS**

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

South Shore Savings Bank, Successor by merger to South Weymouth Savings Bank

**(b)** County of Residence of First Listed Plaintiff: Norfolk
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Jonathan Braverman, Esq., Baker, Braverman & Barbadoro, P.C., 50 Braintree Hill Park, Suite 108, Braintree, MA 02184, (781) 848-9610

**DEFENDANTS**

Please see attached list.

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

Lydia Bottome Turanchik, Trial Attorney, United States Department of Justice (for IRS)

05-11754 RGS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☒ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**: 28 U.S.C. Sections 1441, 1442(a)(1), 1444

Brief description of cause: A civil interpleader action against the United States.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE DOCKET NUMBER

DATE: 08/23/2005

SIGNATURE OF ATTORNEY OF RECORD: Lydia Bottome Turanchik

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) South Shore Savings Bank v. Joel K. Logan, Individually and as Trustee of Crestview Management Trust, et al.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

___ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

___ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

_X_ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

05 - 11754 RGS

___ V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

None

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES ☐ NO X

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES ☐ NO X

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES ☐ NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES ☐ NO X

7. Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES X NO ☐

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division X Central Division ☐ Western Division ☐

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division ☐ Central Division ☐ Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES ☐ NO X

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME Lydia Bottome Turanchik

ADDRESS U.S. Department of Justice, Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044

TELEPHONE NO. (202) 307-6560