UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTH SHORE SAVINGS BANK, SUCCESSOR-BY-MERGER TO SOUTH WEYMOUTH SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>JOEL K. LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MARY ELLEN LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MASSACHUSETTS DEPARTMENT OF REVENUE, J. GLAB, LLC AS ASSIGNEE OF KING DAVID TRUST; CIRELLI FOODS, INC.; INTERNAL REVENUE SERVICE; JONATHAN BASHEIN AS ASSIGNEE OF NIXON PEABODY, LLP; ROBERT J. GRIFFIN, ESQ.; THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; THE COMMONWEALTH OF MASSACHUSETTS BY ITS DEPARTMENT OF PUBLIC HEALTH; HEALTHCARE CAPITAL RESOURCES, INC., AND HCFP FUNDING, INC., SUCCESSOR-IN-INTEREST TO HEALTH PARTNERS FUNDING, L.P.,<br><br>Defendants. | CIVIL ACTION NO. 05-11754RGS |

## J GLAB LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant J Glab LLC hereby moves, pursuant to Fed. R. Civ. P. 56(b), for a summary judgment order in its favor declaring that it is the junior lienholder entitled to any and all surplus proceeds from a mortgage foreclosure. The instant action involves a Complaint for Interpleader brought by Plaintiff South Shore Savings Bank (the "Bank"), a foreclosing mortgagee, which

holds surplus proceeds resulting from a foreclosure sale. The Bank alleges that it filed the interpleader action as a result of conflicting claims and interests to the surplus funds. As Defendant J Glab LLC is the junior lienholder next in priority and is owed an amount greater than the available surplus proceeds, it now seeks an award of summary judgment declaring that it is entitled to any and all surplus funds.[1]

WHEREFORE, J Glab LLC respectfully requests that the Court:

1. Enter summary judgment in favor of J Glab LLC, declare that it is entitled to any and all surplus proceeds from the foreclosure sale, and further declare that the other defendants and any other individuals and/or entities who have failed to enter an appearance in this action who later claim an interest in the surplus proceeds be permanently enjoined from instituting any such action against J Glab LLC; and

2. Order such further relief as is just and necessary.

In further support of this Motion for Summary Judgment, J Glab LLC files herewith and incorporates herein by reference the following:

1. Memorandum of Law in Support of J Glab LLC's Motion for Summary Judgment;

2. Defendant J Glab LLC's Concise Statement of Undisputed Material Facts Required by Local Rule 56.1; and

3. Affidavit of John Glab.

---

[1] Since J Glab LLC has not yet been provided a formal accounting or all supporting documentation from the Bank, it seeks an order that it is entitled to all surplus proceeds, but reserves its rights to contest what that amount should be.

## REQUEST FOR HEARING

In accordance with Local Rule 7.1(D), J Glab LLC hereby requests oral argument on its motion to the extent any oppositions thereto are filed.

J GLAB LLC,
By its attorneys,

*/s/ Jason A. Manekas*

Jason A. Manekas, Esquire, BBO No. 632073
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:  (617) 790-3000
Facsimile:  (617) 790-3300

Dated: August 31, 2005
#318273 v2/36503/66

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) 8/31/05

*/s/ Jason A. Manekas*

- 3 -