IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTH SHORE SAVINGS BANK, SUCCESSOR-BY-MERGER TO SOUTH WEYMOUTH SAVINGS BANK, <br><br> Plaintiff, <br><br> v. <br><br> JOEL K. LOGAN, INDIVIDUALLY and AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MARY ELLEN LOGAN, INDIVIDUALLY and AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MASSACHUSETTS DEPARTMENT OF REVENUE; J. GLAB, LLC, AS ASSIGNEE OF KING DAVID TRUST; CIRELLI FOODS, INC.; INTERNAL REVENUE SERVICE; JONATHAN BASHEIN AS ASSIGNEE OF NIXON PEABODY, LLP; ROBERT J. GRIFFIN, ESQ.; THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; THE COMMONWEALTH OF MASSACHUSETTS, BY ITS DEPARTMENT OF PUBLIC HEALTH; HEALTHCARE CAPITAL RESOURCES, INC.; and HCFP FUNDING, INC., SUCCESSOR-IN INTEREST TO HEALTH PARTNERS FUNDING, L.P., <br><br> Defendants. | Civil No. 05-11754-RGS |

UNITED STATES' NOTICE OF CONCEDED LIEN PRIORITY

The United States, by its undersigned counsel, notifies this Court that, pursuant to Exhibit A attached hereto, defendant J Glab holds a secured interest in this property superior to that of the United States as its judgment and execution against defendant Joel Logan, individually, were properly filed prior to the filing of the Notice of Federal Tax Lien against Mr. Logan. As a result,

the United States concedes that J Glab holds a superior interest with regard to the proceeds at issue in this proceeding. However, because J Glab's ultimate right to these funds has not yet been determined, and if, for some reason, J Glab is ultimately unsuccessful in its claims in this matter, the United States maintains its claims to these funds as lien priority with respect to the remaining defendants remains unknown.

```
I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on

   10/07/05 - Lydia Bottome Turanchik
```

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

1373667.1

Service List

Jonathan Braverman, Esq.
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree, Massachusetts 02184

Jason Manekas, Esq.
Bernkopf, Goodman & Baseman
125 Summer Street
13th Floor
Boston, Massachusetts 02110

Sanjit S. Korde, Esq.
Korde & Assoc., PC
321 Billerica Road, Suite 210
Chelmsford, Massachusetts 01824

Joel K. Logan
1035 Main Street
Norwell, Massachusetts 02061

Mary Logan
1035 Main Street
Norwell, Massachusetts 02061

David B. Currie, Esq.             Anthony Cichello, Esq.
Whittier Health Network           Krokidas & Bluestein
25 Railroad Square                600 Atlantic Ave.
Haverhill, Massachusetts 01832    Boston, Massachusetts 02210

David Hadas, Esq.
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108

BK 16484 PG391

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

*To the Sheriffs of our several Counties, or their Deputies*

Greetings:

**WHEREAS, Michael Hunter, As Trustee of King David Trust,** by the consideration of our JUSTICES OF OUR SUPERIOR COURT, holden at Dedham, within and for the County of Norfolk, aforesaid, on the 5th day of February A.D. 2002, recovered judgment against **New England Healthcare Development Corporation, as sole General Partner of New England Health Limited Partnership, Joel K. Logan and Mark S. Logan**

No. 2001-141
Dam. $388,180.60
Attys' fees $18,000.00
Int. $9,883.57
**TOTAL $416,064.17**     in an action of **Contract**

for the sum of **Three Hundred, Eighty Eight Thousand, One Hundred and Eighty dollars, and Sixty Cents** damages, as to us appears of record, **Eighteen Thousand Dollars and Zero Cents** in Attorneys fees, with interest to the date of this execution in the sum of **Nine Thousand, Eight Hundred and Eighty Three Dollars and Fifty Seven Cents**, whereof execution remains to be done:

WE COMMAND you therefore, that of the goods, chattels or lands of the said **New England Healthcare Development Corporation, as sole General Partner of New England Health Limited Partnership, Joel K. Logan and Mark S. Logan** Judgment Debtor within your precinct, you cause to be paid and satisfied unto the said Judgment Creditor at the value thereof in money, the aforesaid sums, being **Four Hundred and Sixteen Thousand, Sixty Four Dollars and Seventeen Cents** with interest thereon from the day of this execution, and thereof also to satisfy yourself for your own fees: and for want of goods, chattels or lands of the said Judgment Debtor to be by them shown unto you, or found within your precinct to the acceptance of the said Judgment Creditor to satisfy the sums aforesaid, with interest as aforesaid, we command you to take the Body of said Judgment Debtors, **Joel K. Logan and Mark S. Logan** and commit them unto our Jail in Dedham, in our County of Norfolk, or any Jail in your precinct, aforesaid, and detain in your custody, within our said Jail, until they Pay the full sums above mentioned, with your fees, or be discharged by said Judgment Creditor, or otherwise by order of law.

Hereof fail not, and make return of this writ with your doings thereon into the clerk's office of our said COURT, at Dedham within our county of Norfolk, within twenty years after the date of the said judgment.

*WITNESS,   Suzanne V. DelVecchio   Esquire,* at Dedham, the 26th day of March in the year of our Lord Two Thousand and Two

RETURN TO:
Andrew K. Kelley, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA. 02110-3319

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA
CERTIFY

PAUL D. HAROLD, REGISTER

Assistant Clerk

A TRUE COPY, ATTEST:

DEPUTY SHERIFF
DATE_____

GOVERNMENT EXHIBIT A