UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

South Shore Savings Bank, Successor By
Merger to South Weymouth Savings Bank,

Plaintiff

v.

Joel K. Logan, Individually and as Trustee of
Crestview Management Trust; Mary Ellen
Logan, Individually and as Trustee of
Crestview Management Trust; Massachusetts
Department of Revenue; J. Glabb, LLC as
Assignee of King David Trust; Cirelli Foods,
Inc.; Internal Revenue Service, Jonathan
Bashein as Assignee of Nixon Peabody, LLP;
Robert J. Griffin, Esq.; The Commonwealth of
Massachusetts; The Commonwealth of
Massachusetts by its Department of Public
Health; Healthcare Capital Resources, Inc., and
HCFP Funding, Inc., Successor in Interest to
Health Partners Funding, L.,

Defendants

CIVIL ACTION
NO. 05-11754 RGS

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of David Hadas as counsel for Thomas F.

Reilly, Attorney General of the Commonwealth of Massachusetts, and the Commonwealth of

Massachusetts, by its Department of Public Health.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ David Hadas
David Hadas, BBO # 641294
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2085
david.hadas@ago.state.ma.us

**Date:  October 14, 2005**