IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOUTH SHORE SAVINGS BANK, SUCCESSOR-BY-MERGER TO SOUTH WEYMOUTH SAVINGS BANK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 05-11754-RGS |
| JOEL K. LOGAN, INDIVIDUALLY and AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MARY ELLEN LOGAN, INDIVIDUALLY and AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MASSACHUSETTS DEPARTMENT OF REVENUE; J. GLAB, LLC, AS ASSIGNEE OF KING DAVID TRUST; CIRELLI FOODS, INC.; INTERNAL REVENUE SERVICE; JONATHAN BASHEIN AS ASSIGNEE OF NIXON PEABODY, LLP; ROBERT J. GRIFFIN, ESQ.; THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; THE COMMONWEALTH OF MASSACHUSETTS, BY ITS DEPARTMENT OF PUBLIC HEALTH; HEALTHCARE CAPITAL RESOURCES, INC.; and HCFP FUNDING, INC., SUCCESSOR-IN INTEREST TO HEALTH PARTNERS FUNDING, L.P., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

UNITED STATES' RULE 16 STATEMENT

The United States, pursuant to Local Rule 16, submits the attached in lieu of a joint Rule 16 statement. On October 7, 2005, the United States filed a Notice of Conceded Lien Priority in this matter, indicating to the Court that the United States acknowledged the superior claim of defendant J Glab, LLC, to the proceeds at issue in this proceeding. The United States remains a

party in this matter only to protect its interest in the event that, for whatever reason, J Glab is no longer entitled to receive the surplus fund. As a result, the United States takes no position on the need for discovery by the remaining parties, or the validity of their claims against that of J Glab, LLC.

```
I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on
```

   11/04/05 - Lydia Bottome Turanchik

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

1407483.1

Service List

Jonathan Braverman, Esq.
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree, Massachusetts 02184

Jason Manekas, Esq.
Bernkopf, Goodman & Baseman
125 Summer Street
13th Floor
Boston, Massachusetts 02110

Sanjit S. Korde, Esq.
Korde & Assoc., PC
321 Billerica Road, Suite 210
Chelmsford, Massachusetts 01824

Joel K. Logan
1035 Main Street
Norwell, Massachusetts 02061

Mary Logan
1035 Main Street
Norwell, Massachusetts 02061

David B. Currie, Esq.  
Whittier Health Network  
25 Railroad Square  
Haverhill, Massachusetts 01832

Anthony Cichello, Esq.
Krokidas & Bluestein
600 Atlantic Ave.
Boston, Massachusetts 02210

David Hadas, Esq.
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108