UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| South Shore Savings Bank, Successor By Merger to South Weymouth Savings Bank,<br><br>Plaintiff<br><br>VS.<br><br>Joel K. Logan, Individually and as Trustee of Crestview Management Trust; Mary Ellen Logan, Individually and as Trustee of Crestview Management Trust; Massachusetts Department of Revenue; J. Glabb, LLC as Assignee of King David Trust; Cirelli Foods, Inc.; Internal Revenue Service, Jonathan Bashein as Assignee of Nixon Peabody, LLP; Robert J. Griffin, Esq.; The Commonwealth of Massachusetts; The Commonwealth of Massachusetts by its Department of Public Health; Healthcare Capital Resources, Inc., and HCFP Funding, Inc., Successor in Interest to Health Partners Funding, L.,<br><br>Defendants | CIVIL ACTION<br>NO. 05-11754 RGS |

## ROBERT J. GRIFFIN, TEMPORARY RECEIVER'S, CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendant, Robert J. Griffin, Temporary Receiver of five Massachusetts nursing home facilities (the "Receiver")[1] and his counsel, Anthony J. Cichello, Esquire, affirm that they have discussed a budget for the costs of conducting the full course -- and various alternative courses -- of litigation and have discussed alternative dispute resolution options.

---

[1] Attorney Griffin was appointed temporary receiver of Crestview Healthcare Facility, Inc., on July 2, 2004, See <u>Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts, et al, vs. Logan Healthcare Facility, et al</u>, Suffolk Superior Court Civil Action No. 03-2696A

1

Respectfully submitted,

ROBERT J. GRIFFIN, ESQ., TEMPORARY RECEIVER,
By his Attorney,

/s/ Anthony J. Cichello

Anthony J. Cichello  BBO #562826
KROKIDAS & BLUESTEIN LLP
600 Atlantic Ave
Boston, MA  02210
(617) 482-7211

Dated:  November 7, 2005

## CERTIFICATE OF SERVICE

I, Anthony J. Cichello, hereby certify that on November 7, 2005, I served a copy of the foregoing document, via first class mail, postage prepaid, upon the following counsel of record:

Jonathan Braverman, Esq.
Lisa Bond, Esq.
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, #108
Braintree, MA  02184

Eileen Ryan McAuliffe, Esq.
Counsel to the Commissioner
DEPARTMENT OF REVENUE
Legal Division – Litigation Bureau
100 Cambridge Street – P.O. Box 9565
Boston, MA  02114-9565

David Hadas, Esq.
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Government Bureau – Administrative Law Division
One Ashburton Place
Boston, MA  02108-1598

Joel K. Logan
1035 Main Street
Norwell, MA  02061

Mary Ellen Logan
1035 Main Street
Norwell, MA  02061

3

| | |
|---|---|
| Jason A. Manekas<br>Bernkopf, Goodman & Baseman<br>125 Summer Street, 13th Floor<br>Boston, MA  02110 | Sanjit S. Korde<br>Korde & Associates<br>321 Billerica Road, Suite 210<br>Chelmsford, MA  01824 |
| Barbara Healy Smith<br>US Attorney's Office<br>One Courthouse Way, Suite 9200<br>Boston, MA  02210 | Lydia Bottome Turanchik<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 55<br>Ben Franklin Station<br>Washington, D.C. 20044 |

_____
Anthony J. Cichello, Esq.

2043\0006\157599.1