UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| South Shore Savings Bank, Successor By Merger to South Weymouth Savings Bank,<br><br>       Plaintiff<br>v.<br><br>Joel K. Logan, Individually and as Trustee of Crestview Management Trust; Mary Ellen Logan, Individually and as Trustee of Crestview Management Trust; Massachusetts Department of Revenue; J. Glabb, LLC as Assignee of King David Trust; Cirelli Foods, Inc.; Internal Revenue Service, Jonathan Bashein as Assignee of Nixon Peabody, LLP; Robert J. Griffin, Esq.; The Commonwealth of Massachusetts; The Commonwealth of Massachusetts by its Department of Public Health; Healthcare Capital Resources, Inc., and HCFP Funding, Inc., Successor in Interest to Health Partners Funding, L.,<br><br>       Defendants | CIVIL ACTION<br>NO. 05-11754 RGS |

**STATE DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION**

     The State Defendants, Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts, and the Commonwealth of Massachusetts, by its Department of Public Health, and their counsel, David Hadas, hereby certify that they have conferred concerning the cost of litigation with a view to establishing a budget and the advisability of alternative methods of dispute resolution.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ David Hadas
        David Hadas, BBO # 641294
        Assistant Attorney General
        Government Bureau
        One Ashburton Place, Room 2019
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2085
        david.hadas@ago.state.ma.us

**Date:  November 8, 2005**