UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV -7  A 10: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| SOUTH SHORE SAVINGS BANK, SUCCESSOR-BY-MERGER TO SOUTH WEYMOUTH SAVINGS BANK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOEL K. LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MARY ELLEN LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MASSACHUSETTS DEPARTMENT OF REVENUE, J. GLAB, LLC AS ASSIGNEE OF KING DAVID TRUST; CIRELLI FOODS, INC.; INTERNAL REVENUE SERVICE; JONATHAN BASHEIN AS ASSIGNEE OF NIXON PEABODY, LLP; ROBERT J. GRIFFIN, ESQ.; THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; THE COMMONWEALTH OF MASSACHUSETTS BY ITS DEPARTMENT OF PUBLIC HEALTH; HEALTHCARE CAPITAL RESOURCES, INC., AND HCFP FUNDING, INC., SUCCESSOR-IN-INTEREST TO HEALTH PARTNERS FUNDING, L.P.,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 05-11754RGS |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, Defendant J Glab LLC ("Glab"), Defendant Robert J. Griffin, Temporary Receiver ("Temporary Receiver"), Defendant, Thomas Reilly, Attorney General of the Commonwealth of Massachusetts, and Defendant, Commonwealth of Massachusetts Department of Public Health ("DPH") (collectively, the Attorney General and

DPH are referred to as "the Commonwealth"), having conferred as required by Local Rule 16.1(B), hereby submit the following Local Rule 16.1(D) Joint Statement.[1]

## I. AGENDA FOR SCHEDULING CONFERENCE

This is an interpleader action involving surplus funds in the amount of $548,254 resulting from the foreclosure of a mortgage. Issues to be discussed at the Scheduling Conference include the validity and priority of claimed liens, defenses to any claimed lien or priority and a schedule for discovery and motions, including motions for summary judgment.

## II. DISCOVERY AND MOTION SCHEDULE

The Temporary Receiver and the Commonwealth propose the following discovery and motion schedule:

| | |
|---|---|
| Initial Disclosures: | Within 15 days after Scheduling Conference |
| Initial Fact Discovery: | 120 Days from date of Scheduling Conference |
| Expert Reports (if any): | 150 Days from date of Scheduling Conference |
| Rebuttal Reports (if any): | 180 Days from date of Scheduling Conference |
| All Discovery Complete: | 210 Days from date of Scheduling Conference |
| Summary Judgment Motions Filed: | 240 Days from date of Scheduling Conference |
| Opposition to Summary Judgment: | 270 Days from date of Scheduling Conference |
| Pretrial Conference: | 300 Days from date of Scheduling Conference |

---

[1] The foregoing parties appear to be the parties with primary interest remaining in the case, as multiple parties have not answered and Defendant United States filed a Notice of Conceded Lien Priority and Defendant Commonwealth of Massachusetts Commissioner of Revenue has filed a Disclaimer of Interest.

Glab does not believe that discovery should be permitted given the nature of this case and legal issue involved.

### III. ALTERNATIVE DISPUTE RESOLUTION

The parties do not believe that participation in the ADR program sponsored by the Federal District Court would be productive at this time.

### IV. PROPOSED PRE-TRIAL SCHEDULE

The parties have not agreed to any pre-trial schedule.

### V. MAGISTRATE JUDGE

The parties do not consent to trial by magistrate judge at this time.

### VI. SETTLEMENT

The parties have not had any meaningful discussion regarding settlement in light of the outstanding legal issues in this case.

## VII. LOCAL RULE 16.1(D)(3) CERTIFICATIONS

The Local Rule 16.1(D)(3) Certifications will be filed by the parties under separate cover.

Defendant,
Robert J. Griffin, Esquire, Temporary Receiver,
By his attorneys,

_____
Anthony J. Cichello, Esq., BBO No. 562826
Krokidas & Bluestein LLP
600 Atlantic Avenue
Boston, Massachusetts 02210
Telephone:   (617) 482-7211

Defendant,
J GLAB LLC,
By its attorneys,

_____
Jason A. Manekas, Esquire, BBO No. 632073
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:   (617) 790-3000
Facsimile:   (617) 790-3300

Defendant,
Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts,
The Commonwealth of Massachusetts by its Department of Public Health,
By its attorneys,

_____
David Hadas, Esq., BBO No. 641294
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
Telephone:  (617) 727-2200, ext. 2085

Dated: November 7, 2005
#326169 v2/36503/66

## CERTIFICATE OF SERVICE

I, Anthony J. Cichello, hereby certify that on November 7, 2005, I served a copy of Joint Statement Pursuant To Local Rule 16.1, via first class mail, postage prepaid, upon the following counsel of record:

Jonathan Braverman, Esq.
Lisa Bond, Esq.
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, #108
Braintree, MA 02184

Eileen Ryan McAuliffe, Esq.
Counsel to the Commissioner
DEPARTMENT OF REVENUE
Legal Division – Litigation Bureau
100 Cambridge Street – P.O. Box 9565
Boston, MA 02114-9565

David Hadas, Esq.
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Government Bureau – Administrative Law Division
One Ashburton Place
Boston, MA 02108-1598

Joel K. Logan
1035 Main Street
Norwell, MA 02061

Mary Ellen Logan
1035 Main Street
Norwell, MA 02061

Jason A. Manekas
Bernkopf, Goodman & Baseman
125 Summer Street, 13th Floor
Boston, MA 02110

Barbara Healy Smith
US Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

Sanjit S. Korde
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA 01824

Lydia Bottome Turanchik
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044

_____
Anthony J. Cichello, Esq.

1