UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE

2005 NOV -4 P 2:47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SOUTH SHORE SAVINGS BANK, SUCCESSOR-BY-MERGER TO SOUTH WEYMOUTH SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>JOEL K. LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MARY ELLEN LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MASSACHUSETTS DEPARTMENT OF REVENUE, J. GLAB, LLC AS ASSIGNEE OF KING DAVID TRUST; CIRELLI FOODS, INC.; INTERNAL REVENUE SERVICE; JONATHAN BASHEIN AS ASSIGNEE OF NIXON PEABODY, LLP; ROBERT J. GRIFFIN, ESQ.; THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; THE COMMONWEALTH OF MASSACHUSETTS BY ITS DEPARTMENT OF PUBLIC HEALTH; HEALTHCARE CAPITAL RESOURCES, INC., AND HCFP FUNDING, INC., SUCCESSOR-IN-INTEREST TO HEALTH PARTNERS FUNDING, L.P.,<br><br>Defendants. | CIVIL ACTION NO. 05-11754RGS |

## J GLAB LLC'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendant J Glab LLC and its counsel, Jason A. Manekas, Esquire, affirm that they have discussed a budget for the costs of conducting the full course -- and various alternative courses -- of litigation and have discussed alternative dispute resolution options.

Defendant,
J GLAB LLC,
By its attorneys,

*/s/ Jason A. Manekas*

Jason A. Manekas, Esquire, BBO No. 632073
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:   (617) 790-3000
Facsimile:   (617) 790-3300

J GLAB LLC,

By: _____
John Glab, Manager

Dated: November 4, 2005
#326163 v1/36503/66

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) 11/4/05.

*/s/ Jason A. Manekas*

- 2 -