UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| South Shore Savings Bank, Successor By Merger to South Weymouth Savings Bank,<br><br>  Plaintiff<br><br>v.<br><br>Joel K. Logan, Individually and as Trustee of Crestview Management Trust; Mary Ellen Logan, Individually and as Trustee of Crestview Management Trust; Massachusetts Department of Revenue; J. Glabb, LLC as Assignee of King David Trust; Cirelli Foods, Inc.; Internal Revenue Service, Jonathan Bashein as Assignee of Nixon Peabody, LLP; Robert J. Griffin, Esq.; The Commonwealth of Massachusetts; The Commonwealth of Massachusetts by its Department of Public Health; Healthcare Capital Resources, Inc., and HCFP Funding, Inc., Successor in Interest to Health Partners Funding, L.,<br><br>  Defendants | CIVIL ACTION<br>NO. 05-11754 RGS |

**STATEMENT OF NO OPPOSITION TO J GLAB,
LLC'S MOTION FOR SUMMARY JUDGMENT**

Defendants, Robert J. Griffin, Temporary Receiver of five Massachusetts nursing home facilities (the "Receiver")[1], Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts (the "Attorney General"), and the Commonwealth of Massachusetts, by its

---

[1] Attorney Griffin was appointed temporary receiver of Logan Healthcare Facility, Inc. d/b/a Logan Nursing and Rehabilitation Center; Elihu White Nursing Home d/b/a Elihu White Nursing and Rehabilitation Center; Pond Meadow Healthcare Facility, Inc., d/b/a Pond Meadow Healthcare Facility; Atrium Healthcare Facility, LLC, d/b/a Atrium Nursing Center; and Crestview Healthcare Facility, Inc.

Department of Public Health (collectively, the "Receiver/State Defendants") disclaim any entitlement to the surplus proceeds that are the subject of the above-captioned interpleader action (the "Surplus Proceeds") due to the fact that the lien held by defendant J. Glab LLC ("Glab") appears, based on documents of record, to be superior. If Glab is unsuccessful in its claims in this case, however, the Receiver/State Defendants maintain their interest in the Surplus Proceeds subject to any superior liens of other defendants. The Receiver/State Defendants do not waive, and expressly maintain the right to pursue, any claims they may have against Glab and any other defendant in this action.

Respectfully submitted,

ROBERT J. GRIFFIN, ESQ., TEMPORARY RECEIVER,
By his Attorneys

/s/ Anthony J. Cichello
Anthony J. Cichello
BBO #562826
KROKIDAS & BLUESTEIN LLP
600 Atlantic Ave
Boston, MA 02210
(617) 482-7211

THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS

/s/ David Hadas
David Hadas
BBO #641294
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108
(617) 727-2200, ext. 2085

Dated: December 22, 2005
2043\0006\155350.1