

BERNKOPF
GOODMAN LLP

January 10, 2006

JASON A. MANEKAS
DIRECT DIAL: (617) 790-3308
E-MAIL: JMANEKAS@BG-LLP.COM

*VIA E-FILING*

Honorable Richard G. Stearns
c/o Mary Johnson, Courtroom Clerk
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA   02210

Re:   **South Shore Savings Bank, Successor-By-Merger to South Weymouth Savings Bank v. Joel K. Logan, et al.**
      **United States District Court, Civil Action No. 05-11754RGS**

Dear Judge Stearns:

As the Court may recall, a scheduling conference was held in the above matter on November 7, 2005. As a result of that conference, the Court permitted Defendants Robert J. Griffin, Temporary Receiver, Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts, and the Commonwealth of Massachusetts, by its Department of Public Health ("Griffin Defendants"), forty-five (45) days to conduct discovery to determine whether they had an opposition to J Glab LLC's Motion for Summary Judgment. On or about December 22, 2005, the Griffin Defendants filed a Statement of No Opposition to J Glab LLC's Motion for Summary Judgment. A copy is attached hereto as Exhibit "A." In addition, as the Court may recall, the United States (misnamed in the caption as the Internal Revenue Service) previously filed the United States' Notice of Conceded Lien Priority on or about October 7, 2005. A copy is attached hereto as Exhibit "B." Further, the Commonwealth of Massachusetts Commissioner of Revenue previously filed a Disclaimer of Interest on August 16, 2005. A copy is attached hereto as Exhibit "C."

Based upon the above, the above-referenced defendants have conceded that J Glab LLC is the junior lien holder next in priority and is entitled to receive the surplus foreclosure proceeds in the amount of $548,254, plus any applicable interest accrued thereon, previously paid into Court. None of the other defendants have filed any opposition or claimed an interest superior to that of J Glab LLC.

At the conclusion of the scheduling conference, the Court indicated it would allow J Glab LLC's Motion for Summary Judgment and enter an appropriate order to release the funds to

125 SUMMER STREET
BOSTON, MA 02110-1621
617.790.3000   T
617.790.3300   F
WWW.BG-LLP.COM

Honorable Richard G. Stearns
January 10, 2006
Page 2

**BERNKOPF**
**GOODMAN** LLP

it if the Griffin Defendants did not have an opposition to J Glab LLC's Motion for Summary Judgment. To the extent the Court requires further action by J Glab LLC, we would appreciate the Court's guidance.

Thank you for your review of this matter. A copy of this letter has been provided to all counsel or *pro se* litigants in this matter.

Very truly yours,

*[signature]*

Jason A. Manekas

Enclosures
cc:    Service List *(attached)*
JAM/mlb
#330147 v1/36503/66

Case 1:05-cv-11754-RGS   Document 27   Filed 01/10/2006   Page 2 of 3

## SERVICE LIST

Jonathan Braverman, Esquire
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree, MA   02184-8724

Sanjit S. Korde, Esquire
Korde & Associates PC
321 Billerica Road, Suite 210
Chelmsford, MA   01824

Joel K. Logan, Individually and as Trustee of
Crestview Management Trust
1035 Main Street
Norwell, MA   02061-2307

Cirelli Foods
30 Commerce Blvd.
Middleboro, MA   02346

David Hadas, A.A.G.
Government Bureau
One Ashburton Place, Room 2019
Boston, MA   02108

Lydia Bottome Turanchik, Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C.   20044

Eileen Ryan McAuliffe, Esquire
Massachusetts Department of Revenue
Litigation Bureau, 7th Floor
P.O. Box 9565
Boston, MA   02114

Anthony J. Cichello, Esquire
Krokidas & Bluestein LLP
600 Atlantic Avenue
Boston, MA   02210

Mary Ellen Logan, Individually and as Trustee
of Crestview Management Trust
1035 Main Street
Norwell, MA   02061-2307

Barbara Healy Smith, Esquire
Assistant United States Attorney
U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA   02110

David B. Currie, Esquire
Whittier Health Network
25 Railroad Square
Haverhill, MA   01832

#314857 v1/36503/66

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

South Shore Savings Bank, Successor By Merger to South Weymouth Savings Bank,

Plaintiff

v.

Joel K. Logan, Individually and as Trustee of Crestview Management Trust; Mary Ellen Logan, Individually and as Trustee of Crestview Management Trust; Massachusetts Department of Revenue; J. Glabb, LLC as Assignee of King David Trust; Cirelli Foods, Inc.; Internal Revenue Service, Jonathan Bashein as Assignee of Nixon Peabody, LLP; Robert J. Griffin, Esq.; The Commonwealth of Massachusetts; The Commonwealth of Massachusetts by its Department of Public Health; Healthcare Capital Resources, Inc., and HCFP Funding, Inc., Successor in Interest to Health Partners Funding, L.,

Defendants

CIVIL ACTION
NO. 05-11754 RGS

## STATEMENT OF NO OPPOSITION TO J GLAB, LLC'S MOTION FOR SUMMARY JUDGMENT

Defendants, Robert J. Griffin, Temporary Receiver of five Massachusetts nursing home facilities (the "Receiver")[1], Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts (the "Attorney General"), and the Commonwealth of Massachusetts, by its

---

[1] Attorney Griffin was appointed temporary receiver of Logan Healthcare Facility, Inc. d/b/a Logan Nursing and Rehabilitation Center; Elihu White Nursing Home d/b/a Elihu White Nursing and Rehabilitation Center; Pond Meadow Healthcare Facility, Inc., d/b/a Pond Meadow Healthcare Facility; Atrium Healthcare Facility, LLC, d/b/a Atrium Nursing Center; and Crestview Healthcare Facility, Inc.

Department of Public Health (collectively, the "Receiver/State Defendants") disclaim any entitlement to the surplus proceeds that are the subject of the above-captioned interpleader action (the "Surplus Proceeds") due to the fact that the lien held by defendant J. Glab LLC ("Glab") appears, based on documents of record, to be superior. If Glab is unsuccessful in its claims in this case, however, the Receiver/State Defendants maintain their interest in the Surplus Proceeds subject to any superior liens of other defendants. The Receiver/State Defendants do not waive, and expressly maintain the right to pursue, any claims they may have against Glab and any other defendant in this action.

        Respectfully submitted,

        ROBERT J. GRIFFIN, ESQ., TEMPORARY RECEIVER,
        By his Attorneys

        /s/ Anthony J. Cichello
        Anthony J. Cichello
        BBO #562826
        KROKIDAS & BLUESTEIN LLP
        600 Atlantic Ave
        Boston, MA 02210
        (617) 482-7211

        THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS

        /s/ David Hadas
        David Hadas
        BBO #641294
        Assistant Attorney General
        Government Bureau
        One Ashburton Place, Room 2019
        Boston, MA 02108
        (617) 727-2200, ext. 2085

Dated: December 22, 2005
2043\0006\155350.1

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTH SHORE SAVINGS BANK, SUCCESSOR-BY-MERGER TO SOUTH WEYMOUTH SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>JOEL K. LOGAN, INDIVIDUALLY and AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MARY ELLEN LOGAN, INDIVIDUALLY and AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MASSACHUSETTS DEPARTMENT OF REVENUE; J. GLAB, LLC, AS ASSIGNEE OF KING DAVID TRUST; CIRELLI FOODS, INC.; INTERNAL REVENUE SERVICE; JONATHAN BASHEIN AS ASSIGNEE OF NIXON PEABODY, LLP; ROBERT J. GRIFFIN, ESQ.; THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; THE COMMONWEALTH OF MASSACHUSETTS, BY ITS DEPARTMENT OF PUBLIC HEALTH; HEALTHCARE CAPITAL RESOURCES, INC.; and HCFP FUNDING, INC., SUCCESSOR-IN INTEREST TO HEALTH PARTNERS FUNDING, L.P.,<br><br>Defendants. | Civil No. 05-11754-RGS |

UNITED STATES' NOTICE OF CONCEDED LIEN PRIORITY

The United States, by its undersigned counsel, notifies this Court that, pursuant to Exhibit A attached hereto, defendant J Glab holds a secured interest in this property superior to that of the United States as its judgment and execution against defendant Joel Logan, individually, were properly filed prior to the filing of the Notice of Federal Tax Lien against Mr. Logan. As a result,

the United States concedes that J Glab holds a superior interest with regard to the proceeds at issue in this proceeding. However, because J Glab's ultimate right to these funds has not yet been determined, and if, for some reason, J Glab is ultimately unsuccessful in its claims in this matter, the United States maintains its claims to these funds as lien priority with respect to the remaining defendants remains unknown.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

__10/07/05 - Lydia Bottome Turanchik__

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

1373667.1

Service List

Jonathan Braverman, Esq.
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree, Massachusetts 02184

Jason Manekas, Esq.
Bernkopf, Goodman & Baseman
125 Summer Street
13th Floor
Boston, Massachusetts 02110

Sanjit S. Korde, Esq.
Korde & Assoc., PC
321 Billerica Road, Suite 210
Chelmsford, Massachusetts 01824

Joel K. Logan
1035 Main Street
Norwell, Massachusetts 02061

Mary Logan
1035 Main Street
Norwell, Massachusetts 02061

David B. Currie, Esq.
Whittier Health Network
25 Railroad Square
Haverhill, Massachusetts 01832

Anthony Cichello, Esq.
Krokidas & Bluestein
600 Atlantic Ave.
Boston, Massachusetts 02210

David Hadas, Esq.
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108

# EXHIBIT C

THE COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss

SUPERIOR COURT
CIVIL ACTION NO. NOCV2005-00868-D

SOUTH SHORE SAVINGS BANK, )
SUCCESSOR-BY-MERGER TO )
SOUTH WEYMOUTH SAVINGS BANK, )
                      Plaintiff )
v. )
  )
JOEL K. LOGAN, INDIVIDUALLY AND AS )
TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; )
MARY ELLEN LOGAN, INDIVIDUALLY AND AS )
TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; )
MASSACHUSETTS DEPARTMENT OF REVENUE; )
J. GLABB, LLC AS ASSIGNEE OF KING DAVID TRUST; )
CIRELLI FOODS, INC.; INTERNAL REVENUE SERVICE;)
JONATHAN BASHEIN AS ASSIGNEE OF NIXON )
PEABODY, LLP; ROBERT J. GRIFFIN, ESQ.; )
THOMAS F. REILLY, ATTORNEY GENERAL OF THE )
COMMONWEALTH OF MASSACHUSETTS; THE )
COMMONWEALTH OF MASSACHUSETTS BY ITS )
DEPARTMENT OF PUBLIC HEALTH; HEALTHCARE )
CAPITAL RESOURCES, INC., & HCFP FUNDING, INC., )
SUCCESSOR-IN-INTEREST TO HEALTH PARTNERS )
FUNDING, L.P., )
                      Defendants )

## DISCLAIMER OF INTEREST

The defendant, the Commonwealth of Massachusetts Commissioner of Revenue, disclaims any interest in the above-captioned action but maintains the Commonwealth's right to pursue any actions it might have against the defendants.

Respectfully submitted,

ALAN LEBOVIDGE
COMMISSIONER OF REVENUE
By his attorney,

_____
Eileen Ryan McAuliffe
BBO No. 435260
Counsel for the Commissioner
Department of Revenue
Litigation Bureau
100 Cambridge Street, 7th Floor
Boston, Massachusetts 02110

Dated: August 16, 2005.

## CERTIFICATE OF SERVICE

I, Eileen Ryan McAuliffe, certify that I have served a copy of the within Notice of Disclaimer by first-class mail, postage prepaid, upon:

Attorney Jonathan Braverman
Attorney Lisa Bond
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree, Massachusetts 02184

Attorney Jason A. Manekas
Bernkopf & Goodman, LLP
125 Summer Street
Boston, Massachusetts 02110-1621

Attorney Sanjit S. Korde
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, Massachusetts 01824

Joel K. Logan
1035 Main Street
Norwell, Massachusetts 02061-2307

Cirelli Foods
30 Commerce Boulevard
Middleboro, Massachusetts 02346

David Hadas, Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108

Attorney Anthony J. Cichello
Krokidas & Bluestein, LLP
600 Atlantic Avenue
Boston, Massachusetts 02110

Mary Ellen Logan
1035 Main Street
Norwell, Massachusetts 02061-2307

Attorney David B. Currie
Whittier Health Network
25 Railroad Square
Haverhill, Massachusetts 01832

Barbara Healy Smith
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts  02110

**Dated:** August 16, 2005.
197560/ERM

_Eileen Ryan McAuliffe_
**Eileen Ryan McAuliffe**