UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOUTH SHORE SAVINGS BANK, SUCCESSOR-BY-MERGER TO SOUTH WEYMOUTH SAVINGS BANK, <br><br> Plaintiff, <br><br> v. <br><br> JOEL K. LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MARY ELLEN LOGAN, INDIVIDUALLY AND AS TRUSTEE OF CRESTVIEW MANAGEMENT TRUST; MASSACHUSETTS DEPARTMENT OF REVENUE, J. GLAB, LLC AS ASSIGNEE OF KING DAVID TRUST; CIRELLI FOODS, INC.; INTERNAL REVENUE SERVICE; JONATHAN BASHEIN AS ASSIGNEE OF NIXON PEABODY, LLP; ROBERT J. GRIFFIN, ESQ.; THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; THE COMMONWEALTH OF MASSACHUSETTS BY ITS DEPARTMENT OF PUBLIC HEALTH; HEALTHCARE CAPITAL RESOURCES, INC., AND HCFP FUNDING, INC., SUCCESSOR-IN-INTEREST TO HEALTH PARTNERS FUNDING, L.P., <br><br> Defendants. | CIVIL ACTION NO. 05-11754RGS |

## [PROPOSED] JUDGMENT AND ORDER

This matter having come before the Honorable Richard G. Stearns, Justice of the United States District Court for the District of Massachusetts, upon J Glab LLC's Motion for Summary Judgment, which was allowed by order of the Court (Stearns, J.) dated January 18, 2005, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  As a result of the foreclosure sale conducted by South Shore Savings Bank, successor-by-merger to South Weymouth Savings Bank, on or about March 10, 2005, of the property located at 86 Greenleaf Street, Quincy, Massachusetts, J Glab LLC is the junior lien holder next in priority and is entitled to receive the surplus foreclosure proceeds, which are in the amount of $542,776.32, plus any applicable interest accrued thereon, previously paid into Court;

2.  In accordance with Fed. R. Civ. P. 67 and Local Rule 67.3, the Clerk of this Court shall distribute the amount of $542,776.32, plus any applicable interest accrued thereon, previously paid into Court to J Glab LLC forthwith; and

3.  The Clerk of this Court is hereby authorized and directed to enter this final judgment pursuant to Fed. R. Civ. P. 58.

So ordered:

*Richard G. Stearns*
Richard G. Stearns, Justice

Dated: January 20th, 2006
#330704 v1/36503/66

-2-